IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARY ANN CADRETT, et al., | Case no.: 1:18-cv-01343-DAD-SAB |
|---|---|
| Plaintiffs, | ORDER DENYING PARTIES' STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM WITHOUT PREJUDICE |
| v. | |
| SPROUTS FARMERS MARKET, INC., et al., | |
| Defendants. | (ECF No. 7) |

On November 20, 2018, the parties filed a stipulation for referral of this matter to the Court's Voluntary Dispute Resolution Program ("VDRP").

Pursuant to the Local Rule, if the parties stipulate to using the VDRP, they must file a stipulation and order for VDRP Referral. L.R. 271(i). Under L.R. 271(i), the Stipulation and Order for VDRP Referral must:

>   (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
>   (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and
>   (C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the VDRP session is concluded.

1

Here, the stipulation does not address all the areas required by the Local Rule. See e.g. Kamalu v. Walmart Stores, Inc., No. 1:13-cv-00627-SAB (E.D. Cal. April 7, 2014) (stipulation and proposed order for referral to VDRP). To be referred to the VDRP, the parties are required to file a stipulation that complies with Rule 271(i).

Accordingly, IT IS HEREBY ORDERED that the stipulation for referral to Voluntary Dispute Resolution Program is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **November 21, 2018**

UNITED STATES MAGISTRATE JUDGE

2