# EASTERN DISTRICT OF CALIFORNIA –FRESNO DIVISION

| | |
|---|---|
| MARY ANN CADRETT, et al., | CASE No. 1:18-CV-01343-SAB |
| Plaintiffs, | |
| v. | ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT |
| SPROUTS FARMERS MARKET, INC.; et al., | (ECF No. 15) |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The confidentiality agreement is entered;

2. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141; and

3. The party making a request to file documents under seal shall be required to show good cause for documents attached to a nondispositive motion or compelling reasons for documents attached to a dispositive motion. Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009).

IT IS SO ORDERED.

Dated: **February 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1