# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARY ANN CADRETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPROUTS FARMERS MARKET, INC., et al., <br><br> Defendants. | CASE NO. 1:18-cv-01343-SAB <br><br> ORDER RE: STIPULATION OF DISMISSAL OF PLAINTIFF JOHN CADRETT'S CAUSE OF ACTION FOR LOSS OF CONSORTIUM <br><br> (ECF No. 17) |

On April 18, 2019, the parties filed a stipulation to dismiss Plaintiff John Cadrett's loss of consortium claim in this action with each of the parties to bear their own fees and costs as to his claims. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). As this is the only claim brought by Plaintiff John Cadrett, he shall be terminated from this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff John Cadrett shall be terminated in this action.

IT IS SO ORDERED.

Dated: **April 19, 2019**

UNITED STATES MAGISTRATE JUDGE

1