# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN CADRETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPROUTS FARMERS MARKET, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01343-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER AND TRIAL DATE<br><br>(ECF No. 20) |

Pursuant to the stipulation of the parties filed April 26, 2019 (ECF No. 20), IT IS HEREBY ORDERED that the November 29, 2018 scheduling order (ECF No. 14) is amended as follows:

1. Non-Expert Discovery Cutoff: November 1, 2019;
2. Expert Disclosure Deadline: November 15, 2019;
3. Dispositive Motion Filing Deadline: October 11, 2019;
4. Supplemental Expert Disclosure Deadline: December 20, 2019;
5. Pre-Trial Conference: January 10, 2020 at 9:30 a.m.;
6. Expert Discovery Deadline: February 7, 2020;
7. Jury Trial: February 18, 2020 at 8:30 a.m.;
8. All other dates and aspects of the November 29, 2018 scheduling order shall remain in effect; and

///
///

1

9. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **April 29, 2019**

_____
UNITED STATES MAGISTRATE JUDGE