# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN CADRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>SPROUTS FARMERS MARKET, INC., et al.,<br><br>        Defendants. | Case No. 1:18-cv-01343-SAB<br><br>ORDER VACATING ALL DATES AND DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 26) |

On March 9, 2020, a stipulation was filed dismissing this action with prejudice with each party to bear its own costs. (ECF No. 26.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and with each party to bear its own costs.

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates are VACATED; and
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **March 9, 2020**

UNITED STATES MAGISTRATE JUDGE